IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MELINDA A. SMASAL,

                Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

ORDER

15-cv-684-wmc

---

    Pursuant to a joint motion for remand (dkt. #13) filed by the parties on May 23, 2016, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation. The clerk of court is directed to enter judgment accordingly.

    Entered this 24th day of May, 2016.

                BY THE COURT:

                /s/
                _____
                WILLIAM M. CONLEY
                District Judge