IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELINDA A. SMASAL,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   15-cv-684-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

| /s/ | 5/24/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |